UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. BALDWIN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CONTRA COSTA COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | Case No. 20-cv-07568-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner proceeding pro se, has filed a habeas petition pursuant to 28 U.S.C. § 2254.  Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents.  More than twenty-eight days has passed and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court.  The case is **DISMISSED** without prejudice.  A certificate of appealability is **DENIED**.

　　　　**IT IS SO ORDERED.**

Dated: January 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge